IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HENRY EARL PATTERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case Number CIV-04-963-C |
| ) | |
| RON WARD, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the Petition for Writ of Habeas Corpus filed herein, the Report

and Recommendation of the Magistrate Judge, as well as Petitioner's pleadings, and the

Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas

Corpus be, and the same is, hereby dismissed without prejudice.

DATED this 31st day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge